MAY 29, 1961.

No. 551.  GINSBURG *v.* GINSBURG ET AL., 364 U. S. 934. Motion to vacate order denying petition for writ of certiorari and for leave to file amendment to petition is denied.

No. 676, Misc.  JORDAN *v.* MICHIGAN.  Motion for leave to file petition for writ of habeas corpus and other relief denied.  Treating the papers submitted as a petition for writ of certiorari, certiorari is denied.

No. 878, Misc.  SMITH *v.* NEW MEXICO.  Motion for leave to file petition for writ of habeas corpus denied.

No. 849.  CRAMP *v.* BOARD OF PUBLIC INSTRUCTION OF ORANGE COUNTY.  Appeal from the Supreme Court of Florida.  Further consideration of the question of jurisdiction is postponed to the hearing of the case on the merits.  *Tobias Simon* for appellant.  *J. R. Wells* for appellee.

No. 729.  JOHNSON *v.* WASHINGTON.  Supreme Court of Washington.  Certiorari denied.  *Clifford Hoof* and *David W. Harris* for petitioner.  *William L. Paul, Jr.* for respondent.